DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 5:05 CV 706 |
| Plaintiff, ) | |
| v. ) | JUDGMENT ENTRY |
| ) | (Resolving ECF 19 and 22) |
| $12,410 IN U.S. CURRENCY, ) | |
| (TOMMY RICE) ) | |
| ) | |
| Defendant. ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner Tommy W. Rice's motions to set aside the forfeiture of $9,910 and other miscellaneous property is denied.

IT IS SO ORDERED.

07/24/09  *s/ David D. Dowd, Jr.*
Date  David D. Dowd, Jr.
 U.S. District Judge